IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:
LANDRETH LUMBER COMPANY,

Debtor,

ROBERT E. EGGMANN, AS TRUSTEE
OF THE LANDRETH LUMBER
COMPANY CREDITOR TRUST,

Plaintiff-Appellant,

v.

MRH CORP.,

Defendant-Appellee.                                    No.10-7 -DRH

ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant-Appellee's Motion for Extension of Time to File Appellee's Brief (Doc. 13). Specifically, Defendant-Appellee requests a thirty (30) day extension on filing its brief as Appellee's counsel is engaged in motion preparations for another case and needs additional time to complete the brief in the instant case. Based on the reasons in the motion, the Court **GRANTS** Appellee's motion for extension of time to file appellee's brief (Doc. 13). Defendant-Appellee will

have up to and including **August 25, 2010** in which to file its brief.

**IT IS SO ORDERED.**

Signed this 26th day of July, 2010.

/s/     David R Herndon

**Chief Judge
United States District Court**